IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:04CR25-F |
| | ) | |
| AMY PITTS | ) | |

**<u>ORDER</u>**

On May 4, 2004, a hearing was held regarding the petition to revoke pretrial release filed by the probation officer on April 14, 2004. Upon consideration of the petition and the evidence presented to the court at the defendant's initial appearance on April 22, 2004 and on May 4, 2004, it is

ORDERED that the petition to revoke be and is hereby DENIED and that the terms of release imposed on the defendant on January 29, 2004, be and are hereby MODIFIED to include the following special conditions:

1. The defendant is placed in the custody of her father, Javier Pitts, who agrees (a) to supervise the defendant in accordance with all conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court appearances, and (c) to notify the court immediately in the event that the defendant violates any conditions of release or disappears.

2. The defendant shall continue participation in the home confinement program (home detention component) and shall abide by all the requirements of the program which will include electronic monitoring or other location verification systems as

determined by her pretrial services officer. The defendant shall pay all or part of the costs of the program based on ability to pay as determined by the supervising probation officer. The defendant shall reside with her father at 281 Easy Street, Wetumpka, Alabama while on home detention. As previously noted in an order filed April 1, 2004, the defendant shall be allowed out from home confinement no more than 12 hours on Sunday, May 9, 2004, for the purpose of preparing for and attending her wedding.

    3. The defendant shall continue participation in the probation office's urine surveillance program and attend drug treatment if deemed necessary by the supervising officer. The defendant shall pay the costs of treatment.

All other conditions imposed on January 29, 2004 except as modified by this order shall remain in full force and effect. It is further

ORDERED that the United States Marshal keep the defendant in custody until notified by the clerk or judicial officer that the defendant has complied with all other conditions for release.

Done this 4th day of May, 2004.

                                                    /s/Charles S. Coody
                                               CHARLES S. COODY
                                               CHIEF UNITED STATES MAGISTRATE JUDGE