IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR NO. 2:04-cr-25-F |
| | ) | WO |
| AMY ANN PITTS | ) | |

**ACCEPTANCE OF PLEA OF GUILTY AND ADJUDICATION OF GUILT**

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of the defendant to Count 1 of the Indictment is now accepted and the defendant is ADJUDGED GUILTY of such offense.

It is ORDERED that all pending deadlines applicable to this defendant be terminated and that all pending motions applicable to this defendant are hereby DENIED as moot.

A sentencing date will be set by separate order.

DONE this 28th day of April, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE