# United States District Court

## for

## Middle District of Alabama

### Petition for Warrant/Summons and Report for Defendant Under Pretrial Release Supervision

FILED

AUG 3 1 2005

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

Name of Defendant: Amy Ann Pitts                    Case Number: 2:04CR25-F

Name of Releasing Judicial Officer: The Honorable Charles S. Coody, Chief U.S. Magistrate Judge

Date of Release: January 29, 2004

Original Offense: Knowingly and intentionally possess with intent to distribute 50 grams or more of methamphetamine, a schedule II controlled substance

Type of Release: $25,000 Unsecured Appearance Bond

Conditions of Release: Report to pretrial services as directed; Maintain or actively seek employment; Electronic Monitoring; No firearms; Drug testing and/or treatment; Refrain from any use of alcohol, Report any law enforcement contact, Refrain from possession of any type of drug paraphernalia

Assistant U.S. Attorney: Terry Moorer                    Defense Attorney: Barry Teague

## PETITIONING THE COURT

[X]   To issue a warrant
[ ]   To issue a summons

The probation officer believes that the defendant has violated the following condition(s) of release:

| Violation Number | Nature of Noncompliance |
|---|---|
| Viol, 1 - Special Condition #1: "The defendant shall participate in drug testing and/or treatment if directed by the probation officer." | The defendant failed to participate in drug testing as directed.<br><br>On August 30, 2005, Pitts reported to the probation office as instructed, via "color code", for a random urine screen. During the urine test, Senior USPO Wood located an apparatus taped to the defendant's upper stomach containing an unknown liquid. After the contraband was seized by Senior USPO Wood, Pitts was confronted by this officer wherein she identified the unknown liquid as "fake urine". She also admitted to using the apparatus on a previous occasion and to smoking methamphetamine on or about August 28, 2005. |
| Viol. 2: "The defendant shall refrain from any unlawful use of a controlled substance | On August 30, 2005, Pitts reported to the U.S. Probation Office as directed. Pitts submitted a urine specimen to Senior USPO Sandra Wood which produced positive results for methamphetamine/amphetamine. Pitts was confronted with the results of the hand-held test and she admitted to methamphetamine use on or about August 28, 2005 and signed an Admission of Drug Use form. |

| | |
|---|---|
| Viol. 3: "The defendant shall refrain from any unlawful use or unlawful possession of a narcotic drug of a controlled substance." | Pitt's verbally consented to a search of her vehicle and her purse for illegal contraband. This officer found no illegal contraband in the vehicle, however, prior to a search of her purse by Senior USPO Sandra Wood, this officer instructed Pitt's to surrender any illegal contraband in her possession. At this point, Pitts reached into her purse and presented this officer with an eyeglass case containing a glass smoking device (pipe) and a plastic baggie containing a white rock-like substance. Pitts informed that the white rock-like substance was methamphetamine in the presence of Senior Sandra Wood and this officer. This officer seized the aforementioned contraband. |

<u>Supervision history of defendant and actions taken by officer:</u> Barring the instant violations, this officer is unaware of any other violations since her release on April 29, 2004.

U.S. Probation Officer Recommendation:

[X]  The term of supervision should be:
[X]  revoked.
[ ]  No action.
[ ]  The conditions of supervision should be modified as follows:

I declare under the penalty that the forgoing is true and correct.

Respectfully submitted,

by _____
Willie Bernard Ross, Jr.
Senior U.S. Probation Officer
Date: August 30, 2005

Reviewed and approved: _____
Supervisory U.S. Probation Officer

THE COURT ORDERS:

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

_____
Signature of Judicial Officer
Aug 31, 2005
Date

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA
# PROBATION OFFICE

## ADMISSION OF DRUG USE

I, _Amy Pitts_, admit to using _Methamphetamine_, on or about _8/28/05_, without having a valid prescription for said controlled substance. This admission is made voluntarily, and I am aware that it may result in the revocation or modification of my supervision.

_____   _8/30/05_
Offender's Signature             Date

_____   _8/30/05_
Witness                          Date
U.S. Probation Officer

I was attempting to gain the trust of a girl named Christy to get a possible buy from her. I did discuss this person w/ Joe Herman & getting a possible buy from her. Well in the process of doing so I relapsed & also she gave me apparatus to use.

I, _Amy A. Pitts Wadsworth_ , had in my possession a smoking device (pipe), and a small amount of methamphetamine. These items were in my purse and turned over to the U.S. Probation Office.

_____
Witness

___8/30/05___
Date







