IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| v. | ) | CR. NO. <u>2:04-CR-25-F</u> |
| | ) | |
| AMY ANN PITTS | ) | **<u>UNDER SEAL</u>** |
| | ) | |

## NOTICE OF BREACH OF PLEA AGREEMENT

Comes now the United States of America, by and through Leura Garrett Canary, United States Attorney for the Middle District of Alabama, and submits the above-captioned motion. In support of this motion, the Government offers the following:

On August 30, 2005, the United States learned that Defendant Amy Pitts submitted a urine sample which tested positive for methamphetamine. Additionally, the defendant possessed methamphetamine which was discovered during a search of her purse at the United States Probation Office. The use and possession of methamphetamine by the defendant constitutes violations of state and federal law, and therefore relieves the United States of its obligation of the terms and conditions of the plea agreement. <u>See</u> paragraph 4j at page 8 of Plea Agreement. Under the terms of the plea agreement, the defendant may not withdraw her guilty plea and is subject to being sentenced as if she had not entered a plea agreement with the United States. <u>Id</u>.

Respectfully submitted this the 31st day of August, 2005.

                                    LEURA GARRETT CANARY
                                    UNITED STATES ATTORNEY

                                    /s/ Clark Morris for
                                    TERRY F. MOORER
                                    Assistant United States Attorney
                                    One Court Square, Suite 201
                                    Montgomery, AL 36104
                                    Phone: (334)223-7280
                                    Fax: (334)223-7135
                                    E-mail: terry.moorer@usdoj.gov
                                    ASB-1176-O73T

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:04-CR-25-F |
| | ) | |
| AMY ANN PITTS | ) | |

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 31, 2005, I hereby certify that I have served a copy of the foregoing, by depositing a copy of same in the United States mail, first class, postage prepaid, and properly addressed to Barry Teague, Esquire.

Respectfully submitted,

*Clark Morris for*

TERRY F. MOORER
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334)223-7280
Fax: (334)223-7135
E-mail: terry.moorer@usdoj.gov
ASB-1176-O73T

-3-