IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:04CR25-F |
| | ) | |
| AMY ANN PITTS | ) | |

**ORDER**

On August 31, 2005, the government filed a petition seeking revocation of the defendant's release pending sentencing.  The defendant appeared before the court on September 1, 2005, and at that time admitted that she violated the conditions of her release as specified in the petition (doc. # 94).  One or more of the violations constitute a felony offense under federal law.  Consequently, pursuant to 18 U.S.C. § 3148 a rebuttable presumption arises that no condition or combination of conditions will assure that the defendant will not pose a danger to the safety of any other person or the community.  Given that the defendant admitted that she attempted to use "fake" urine to escape the consequences of a drug test, the court finds that there is not a likelihood that the defendant would abide by any conditions if she were released.  While the defendant attempted to justify her actions through evidence that she was assisting the government with criminal investigations, the justification is insufficient and merely shows the lengths to which the defendant will go to improve her position at the expense of the law. Accordingly, it is

ORDERED that the defendant's release be and is hereby REVOKED and it is ORDERED that the that the defendant is committed to the custody of the Attorney

General or his designated representative for confinement in an appropriate corrections facility. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States marshal for the purpose of an appearance in connection with a court proceeding.

    Done this 2nd day of September, 2005.

                                /s/Charles S. Coody
                              CHARLES S. COODY
                              CHIEF UNITED STATES MAGISTRATE JUDGE