# MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON.  MARK E. FULLER, PRESIDING        AT MONTGOMERY, AL

DATE COMMENCED:   1/31/06         AT:   11:45 a.m.
DATE COMPLETED:   1/31/06         AT:    3:15 p.m.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| vs. | § | CR. NO. 2:04CR25-F |
| | § | |
| AMY ANN PITTS | § | |

| GOVERNMENT | APPEARANCES: | DEFENDANT |
|---|---|---|
| Terry Moorer | | Barry Teague |

COURT OFFICIALS PRESENT:

Josh Clayton, Law Clerk                                            Jakki Caple, USPO
Kelli Gregg, Courtroom Clerk
Jimmy Dickens, Court Reporter

COURTROOM PROCEEDINGS:

( X ) **Sentencing**

| | |
|---|---|
| 11:45 a.m. - | Court convenes. |
| | Defense counsel addresses the Court regarding the breached plea agreement and asks the Court not to rescind the plea agreement. |
| | Government discusses their position regarding the breached plea agreement. |
| | Defense counsel withdraws objections to the pre-sentence report. |
| | Court will GRANT a 2 Point Reduction for Acceptance of Responsibility, (Doc. #93). |
| | Government states the grounds for filing their Motion for Downward Departure, (Doc. #92). |
| | Government calls agent Joe Herman to testify. |
| | Defense counsel cross-examines witness Herman. |
| 1:00 p.m. - | Court is in recess. |
| 2:00 p.m. - | Court reconvenes. |
| | Defense counsel resumes cross-examination of witness Herman. |
| | Government begins re-direct. |

|  |  |
|---|---|
|  | Defense counsel calls Amy Ann Pitts to testify. |
|  | Government cross-examines witness Pitts. |
|  | Government calls David Price to testify. |
|  | Defense counsel cross-examines witness Price. |
|  | Defense counsel re-examines witness Herman. |
|  | Defense counsel re-examines witness Pitts. |
|  | Court questions witness Pitts. |
|  | Court GRANTS Government's Motion for Downward Departure Pursuant to 5K1.1, (Doc. #92). |
|  | Defense counsel argues for a lower sentencing guideline level. |
|  | Defense counsel calls Reverend Edward Bush to testify. |
|  | Court sentences defendant and advises her of her right to an appeal. |
| 3:15 p.m. - | Court is in recess. |