| GOVERNMENT EXHIBITS CR NO. 2:04CR25-F | | | | | | UNITED STATES OF AMERICA vs AMY ANN PITTS | |
|---|---|---|---|---|---|---|---|
| **SENTENCING 1/31/06** | | | | | | **PRESIDING JUDGE: MARK E. FULLER** | |
| **exhibits maintained in separate envelope with file** | | | | | | **Court Reporter: JIMMY DICKENS** | |
| ADMITTED | DATE OFFERED | DATE IDENTIFIED | NO | WITNESS | OBJ | DESCRIPTION | |
| YES | 1/31/06 | 1/31/06 | 1 | | | Letter to Putt | |
| YES | 1/31/06 | 1/31/06 | 2 | | | CD of Telephone Calls | |