IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| vs. | ) | CR NO. 2:04CR25-F |
| | ) | |
| AMY ANN PITTS | ) | SENTENCING: 1/31/06 |
| | | Before: Chief Judge Mark E. Fuller |

**WITNESS LIST**

| GOVERNMENT | DEFENDANT |
|---|---|
| Agent Joe Herman | Amy Ann Pitts |
| David Price | Rev. Edward Bush |