Date: 06/01/2006
Time: 2:38:43 pm

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Sensitive But Unclassified

Facility: MNA

Date: 06/01/2006
Time: 2:38:43 pm

Facility: MNA

## Federal Bureau of Prisons
## TRUFACS
## Inmate Statement
### Sensitive But Unclassified

### General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | 11373002 | Living Quarters: | Y02-028U |
| Inmate Name: | PITTS, AMY ANN | Arrived From: | TAL |
| Current Site Name: | Marianna FCI | Transferred To: | |
| Housing Unit: | SEMINOLE | Account Creation Date: | 3/16/2006 |

### Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| OKL | 04/11/2006 04:08:35 AM | TX041106 | | | Transfer - In from TRUFACS | $0.00 | | $0.00 |
| MNA | 04/11/2006 04:08:35 AM | TX041106 | | | Transfer - Out to TRUFACS | $0.00 | | $0.00 |
| OKL | 04/21/2006 09:23:48 AM | 70156101 | | | Lockbox - CD | $100.00 | | $100.00 |
| OKL | 05/10/2006 04:20:55 AM | TX051006 | | | Transfer - Out to TRUFACS | ($100.00) | | $0.00 |
| TAL | 05/10/2006 05:20:55 AM | TX051006 | | | Transfer - In from TRUFACS | $100.00 | | $100.00 |
| MNA | 05/11/2006 03:43:32 AM | TX051106 | | | Transfer - In from TRUFACS | $100.00 | | $100.00 |
| TAL | 05/11/2006 04:43:33 AM | TX051106 | | | Transfer - Out to TRUFACS | ($100.00) | | $0.00 |
| MNA | 05/15/2006 10:06:19 AM | 33316206 | | | Western Union | $400.00 | | $500.00 |
| MNA | 05/15/2006 11:34:17 AM | 57 | | | Sales | ($78.15) | | $421.85 |
| MNA | 05/15/2006 08:42:20 PM | ITS0515 | | | Phone Withdrawal | ($100.00) | | $321.85 |
| MNA | 05/16/2006 11:40:32 AM | 63 | | | Sales | ($99.54) | | $222.31 |
| MNA | 05/16/2006 02:21:17 PM | 118 | | | Sales | ($11.10) | | $211.21 |
| MNA | 05/19/2006 05:27:23 AM | 70158101 | | | Lockbox - CD | $200.00 | | $411.21 |
| MNA | 05/23/2006 12:23:06 PM | 76 | | | Sales | ($69.20) | | $342.01 |
| MNA | 05/23/2006 12:25:10 PM | 77 | | | Sales | ($0.60) | | $341.41 |
| MNA | 05/26/2006 12:09:44 PM | 72 | | | Sales | ($5.30) | | $336.11 |
| MNA | 05/31/2006 11:16:56 AM | 58 | | | Sales | ($37.90) | | $298.21 |

Date: 06/01/2006  
Time: 2:38:44 pm  

Federal Bureau of Prisons  
**TRUFACS**  
**Inmate Statement**  
Sensitive But Unclassified  

Facility: MNA

### General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | 11373002 | Living Quarters: | Y02-028U |
| Inmate Name: | PITTS, AMY ANN | Arrived From: | TAL |
| Current Site Name: | Marianna FCI | Transferred To: | |
| Housing Unit: | SEMINOLE | Account Creation Date: | 3/16/2006 |

### Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| MNA | $298.21 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $298.21 |