IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 2:04-cr-25-MEF |
| | ) | |
| AMY ANN PITTS | ) | |

## **ORDER**

  The Court has on its own motion reconsidered Defendant's Motion for Transcripts by a Person Proceeding *in Forma Pauperis* (Doc. # 110).  Because there has been no appeal or post-judgment matter, her request for transcripts, to which she might otherwise be entitled, is premature.  Upon consideration, it is therefore ordered that:

  (1) the Order granting the Motion for Transcripts (Doc. # 111) is VACATED; and

  (2) the Motion for Transcripts (Doc. # 110) is DENIED WITHOUT PREJUDICE.

  DONE this the 28th day of September, 2006.

                /s/ Mark E. Fuller
                CHIEF UNITED STATES DISTRICT JUDGE