IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:04cr25-MEF |
| | ) | |
| AMY ANN PITTS | ) | |

**ORDER**

Now pending before the court is the United States' motion to unseal the court's case file in this matter. Upon consideration of the motion, and for good cause, it is

ORDERED that the motion to unseal (doc. # 113) be and is hereby GRANTED.

Done this 29th day of December 2006.

      /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE